No. 04–10566.  SANCHEZ-LLAMAS v. OREGON.  Sup. Ct. Ore.; and

No. 05–51.  BUSTILLO v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  [Certiorari granted, *ante*, p. 1001.]  Motion of petitioner Moises Sanchez-Llamas for appointment of counsel granted.  Peter Gartlan, Esq., of Salem, Ore., is appointed to serve as counsel for petitioner Sanchez-Llamas in this case.  Motion of petitioners to dispense with printing the joint appendix granted.

No. 05–204.  LEAGUE OF UNITED LATIN AMERICAN CITIZENS ET AL. v. PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 05–254.  TRAVIS COUNTY, TEXAS, ET AL. v. PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 05–276.  JACKSON ET AL. v. PERRY, GOVERNOR OF TEXAS, ET AL.; and

No. 05–439.  GI FORUM OF TEXAS ET AL. v. PERRY, GOVERNOR OF TEXAS, ET AL.  D. C. E. D. Tex.  [Probable jurisdiction noted, *ante*, p. 1074.]  Motion of appellants in Nos. 05–254, 05–276, and 05–439 for divided argument granted.  Time is to be divided as follows: 40 minutes for appellants in No. 05–276 and 20 minutes for appellants in No. 05–439.  Motion of appellants in No. 05–204 for divided argument denied.

No. 05–184.  HAMDAN v. RUMSFELD, SECRETARY OF DEFENSE, ET AL.  C. A. D. C. Cir.  [Certiorari granted, *ante*, p. 1002.]  Motion of petitioner for order directing the parties to submit supplemental briefing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 05–8286.  IN RE AYSISAYH; and

No. 05–8292.  IN RE D'AMARIO.  Petitions for writs of habeas corpus denied.

No. 05–7645.  IN RE MONTFORD.  Petition for writ of mandamus and/or prohibition denied.

No. 04–989.  HORTON ET AL. v. BANK ONE, N. A., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–1729.  LPP MORTGAGE, LTD. v. BRINLEY ET AL.  C. A. 6th Cir.  Certiorari denied.